# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 14, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

155568(4)

ALEXANDER R. SPITZER,
        Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
        Defendant.
_____/

SC:  155568
AGC:  2096-14

       On order of the Chief Justice, the motion of defendant to extend the time for filing its answer to the complaint for superintending control is GRANTED.  The answer will be accepted as timely filed if submitted on or before May 9, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

       April 14, 2017



                Clerk